UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Paul D King<br>    Sharon F King<br>        Debtor(s) | Case No. 11 B 41008 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/10/2011.

2) The plan was confirmed on 12/06/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/23/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/28/2014.

5) The case was Dismissed on 11/25/2014.

6) Number of months from filing to last payment: 38.

7) Number of months case was pending: 49.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,131.32 |
| Less amount refunded to debtor | $253.85 |

**NET RECEIPTS:** $14,877.47

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $637.29 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,137.29

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Lutheran General Health Partner | Unsecured | 3,649.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 373.00 | 373.11 | 373.11 | 0.00 | 0.00 |
| AFNI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 975.30 | 698.81 | 698.81 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | NA | 1,010.87 | 1,010.87 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 241.00 | 244.94 | 244.94 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AmSher Collection Services | Unsecured | 1,164.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| BMO Harris Bank | Unsecured | 824.01 | NA | NA | 0.00 | 0.00 |
| Card Protection Association | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cash Advance | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| CEP American-Illinois PC | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial Svcs | Unsecured | 1,618.14 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 428.08 | NA | NA | 0.00 | 0.00 |
| Credit Control LLC | Unsecured | 627.00 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| Firstsource Advantage LLC | Unsecured | 582.42 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Services Corp | Unsecured | NA | 1,346.87 | 1,346.87 | 0.00 | 0.00 |
| Ginny's | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| H & F Law | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IHC Health Solutions | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 8,774.54 | 32,570.50 | 32,570.50 | 8,620.62 | 0.00 |
| Illinois Collection Se | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue 0414 | Priority | 1,694.21 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 2,394.12 | 2,474.48 | 2,474.48 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 1,200.00 | 437.40 | 437.40 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 10,160.45 | 629.00 | 629.00 | 313.34 | 0.00 |
| Internal Revenue Service | Unsecured | 8,805.03 | 24,545.40 | 24,545.40 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 1,068.56 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 118.15 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Simpson | Unsecured | 1,888.80 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 5,014.83 | NA | NA | 0.00 | 0.00 |
| LTD Financial Services | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Metropolitan Advanced Radiology | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 931.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| Mitchell Weiss | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Montgomery Ward | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 307.71 | NA | NA | 0.00 | 0.00 |
| Nuvell Credit Company LLC | Unsecured | 8,447.00 | 8,410.16 | 8,410.16 | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 1,229.67 | 1,229.67 | 1,229.67 | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 1,229.00 | NA | NA | 0.00 | 0.00 |
| Physician Support Services | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 282.90 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 527.00 | 527.05 | 527.05 | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 139.46 | NA | NA | 0.00 | 0.00 |
| Stanislaus Credit Control Service Inc | Unsecured | 306.00 | 340.00 | 340.00 | 0.00 | 0.00 |
| Surety Finance | Unsecured | 240.83 | NA | NA | 0.00 | 0.00 |
| Surety Finance | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| Tate & Kirlin | Unsecured | 8,410.00 | NA | NA | 0.00 | 0.00 |
| TRI State Financial | Unsecured | NA | 1,041.17 | 1,041.17 | 0.00 | 0.00 |
| TRI State Financial | Secured | 2,807.99 | 2,807.99 | 1,766.82 | 1,766.82 | 39.40 |
| TRI State Financial | Secured | 2,807.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| Triad Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| USCB | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 930.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Zenith Acquisition | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $1,766.82 | $1,766.82 | $39.40 |
| **TOTAL SECURED:** | **$1,766.82** | **$1,766.82** | **$39.40** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $33,199.50 | $8,933.96 | $0.00 |
| **TOTAL PRIORITY:** | **$33,199.50** | **$8,933.96** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$42,679.93** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
|    Expenses of Administration | $4,137.29 |
|    Disbursements to Creditors | $10,740.18 |
| **TOTAL DISBURSEMENTS :** | **$14,877.47** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/26/2015                         By: /s/ Marilyn O. Marshall
                                                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**